UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALBERT PETTIES, II, | Case No. 3:21-CV-00650 |
| Plaintiff, | The Honorable Jack Zouhary |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| GENERAL MOTORS, LLC, | |
| Defendant. | |

The Parties hereby notify the Court that they have settled this case. The Parties respectfully request forty-five (45) days from the date of this Joint Notice to file a stipulated notice of dismissal to allow the parties to memorialize the terms and conditions of the settlement.

| | |
|---|---|
| */s/ Michelle E. Vocht* (Per Email Consent) | */s/ Ellen Toth* |
| Michelle E. Vocht | Ellen Toth (0056176) |
| Roy, Shecter & Vocht, P.C. | Federico G. Barrera III (0090739) |
| 1185-B South Adams Road | Ogletree, Deakins Nash, Smoak & Stewart, P.C. |
| Birmingham, MI 48009 | 127 Public Square, Suite 4100 |
| vocht@rsmv.com | Cleveland, Ohio 44114 |
| | 216-241-6100 |
| *Attorney for Plaintiff* | 216-357-4733 (Fax) |
| | ellen.toth@ogletree.com |
| | federico.barrera@ogletree.com |
| | |
| | *Attorneys for Defendant General Motors, LLC* |

# CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2022, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, including the following:

Michelle E. Vocht
Roy, Shecter & Vocht, P.C.
1185-B South Adams Road
Birmingham, MI 48009
vocht@rsmv.com

*Attorney for Plaintiff*

*/s/ Ellen Toth*
*One of the Attorneys for Defendant General Motors, LLC*
