Approved.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALBERT PETTIES, II, | ) | Case No. 3:21-CV-00650 |
| | ) | |
| Plaintiff, | ) | The Honorable Jack Zouhary |
| | ) | |
| v. | ) | |
| | ) | **STIPULATED DISMISSAL ENTRY** |
| GENERAL MOTORS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Albert Petties, II and Defendant General Motors, LLC hereby state that all claims between them are hereby dismissed with prejudice, each party to bear his or its own costs and attorney's fees.

*/s/ Michelle E. Vocht (Per Email Consent)*
Michelle E. Vocht
Roy, Shecter & Vocht, P.C.
1185-B South Adams Road
Birmingham, MI 48009
vocht@rsmv.com

*Attorney for Plaintiff*

*/s/ Ellen Toth*
Ellen Toth (0056176)
Federico G. Barrera III (0090739)
Ogletree, Deakins Nash, Smoak & Stewart, P.C.
127 Public Square, Suite 4100
Cleveland, Ohio 44114
216-241-6100
216-357-4733 (Fax)
ellen.toth@ogletree.com
federico.barrera@ogletree.com

*Attorneys for Defendant General Motors, LLC*